

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00279-CV

**IN RE** Richard **LESHIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  May 15, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 29, 2013, Relator Richard Leshin filed a petition for writ of mandamus, complaining of the portion of the trial court's February 5, 2013 order that awarded sanctions against Leshin. However, mandamus relief is only available if the relator establishes both the trial court abused its discretion and relator lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 125 (Tex. 2004) (orig. proceeding). Leshin has failed to establish he lacks an adequate remedy by appeal.[2] Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-PB6-000081-L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., An Incapacitated Person*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.
[2] We note that Leshin has filed an appeal in Cause Number 04-13-00196-CV from the same order complained of in this proceeding.